```
FREAR STEPHEN SCHMID, CSB NO. 96089
ATTORNEY AT LAW
177 POST STREET, SUITE 890
SAN FRANCISCO, CA 94108
TELEPHONE:  (415) 788-5957
FACSIMILE:  (415) 788-5958
EMAIL: frearschmid@aol.com
```

In Propia Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREAR STEPHEN SCHMID, | No. C11-05238 CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME CONCERNING THE 12(b)(6) MOTION OF THE CITY OF PETALUMA AND SCOTT STANFIELD |
| v. | |
| CITY OF PETALUMA, DAVID GILMAN, ARTHUR FARINHA, NICHOLAS RACCANELLO, NICHOLAS McGOWAN, KEVIN SAVANO, COUNTY OF SONOMA, DOWNTOWN TOW, SCOTT STANFIELD AS DOE 50, AND DOES 1 THROUGH 100, | |
| Defendants. | |

Pursuant to the stipulation of the counsel for plaintiff FREAR STEPHEN SCHMID and counsel for defendants CITY OF PETALUMA and SCOTT STANFIELD pertaining to said defendants' 12(b)(6) motion, and good cause appearing,

**IT IS HEREBY ORDERED** that plaintiff's opposition to said defendants' 12(b)(6) motion is due on or before December 6, 2011 and the reply of said defendants, if any, shall be due on or before December 20, 2011.

DATED: November _17_, 2011

_____
Honorable Charles R. Breyer
Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

ORDER GRANTING EXTENSION OF TIME CONCERNING THE 12(b)(6) MOTION OF THE CITY OF PETALUMA AND SCOTT STANFIELD