IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREAR STEPHEN SCHMID,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF PETALUMA,<br><br>        Defendant. | No. C 11-05238 CRB<br><br>**BRIEFING ORDER** |

The parties are hereby ordered to file letter briefs of no more than five pages by Wednesday, January 25, 2012 addressing the applicability of <u>Monell v. Dept. of Social Servs.</u>, 436 U.S. 658 (1978), to this case.

**IT IS SO ORDERED.**

Dated: January 20, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE